AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynch, Thomas M. | U.S. Bankruptcy Court, N.D. Ill. | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse, Chambers 4100
327 S. Church Street
Rockford, Illinois 61101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty (compensated) | Northwestern University Pritzker School of Law |
| 2. | Adjunct Faculty (not compensated) | National Institute for Trial Advocacy |
| 3. | Executor (not compensated) | Estate of deceased family member |
| 4. | Officer / Director (not compensated) | Federal Bar Association P.M. Mahoney Chapter (Rockford, IL) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | Faegre Baker Daniels Retirement Savings Plan, no control |
| 2. | 1989-2018 | Wildman Harrold Retirement Plan, no control. |
| 3. | 1984-2018 | Employee Savings Plan of Winston & Strawn LLP, no control |
| 4. | 1984-2018 | Winston & Strawn LLP Retirement Plan, no control |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Thomas M. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Northwestern Univ. Pritzker School of Law (adjunct faculty stipend) | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/28/2018 to 10/31/2018 | San Antonio, TX | Attend annual meeting of the conference and moderate program for attys. | Lodging (partial), registration. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Thomas M. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education | Student loan to family member | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Thomas M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Faegre BD Retirement Savings Plan (adm'd by Schwab)(H): | | | | | | | | | |
| 2. - Vanguard Target Retirement 2020 Fund | D | Dividend | M | T | | | | | |
| 3. EdwardsWildman Ret. S.P. (Milliman)(H): | | | | | | | | | |
| 4. -Vanguard Fed. Money Market Fund | B | Dividend | | | Closed | 06/05/18 | N | | |
| 5. -Vanguard Target Retirement 2020 Trust | | None | | | Closed | 06/05/18 | K | | |
| 6. Employee Savings Plan of Winston & Strawn, LLP (adm'd by Fidelity)(H): | | | | | | | | | |
| 7. - Fidelity MIP II Class I Bond Fund | A | Dividend | | | Closed | 05/21/18 | K | | |
| 8. Winston & Strawn, LLP Retirement Plan (H): | | | | | | | | | |
| 9. - Fidelity MIP II Class I Bond Fund | A | Dividend | | | Closed | 05/21/18 | K | | |
| 10. Fidelity SEP IRA(H): | | | | | | | | | |
| 11. - Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 12. UBS Financial Services Inc Ind'l IRA (UBS#1)(H): | | | | | | | | | |
| 13. - Pace Int'l Equity Investments Class A Fund | | None | J | T | | | | | |
| 14. UBS Financial Services Inc Ind'l IRA (UBS#2)(H): | | | | | | | | | |
| 15. - Invesco American Franchise Fund Class A | | None | K | T | | | | | |
| 16. UBS Financial Services Inc. Investment Account (UBS#3)(H):** | | | | | | | | | |
| 17. - UBS Bank USA deposit account | A | Interest | | | Closed | 12/07/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Thomas M. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Beverly Bank & Trust Co., N.A.(H): | | | | | | | | | |
| 19. - deposit accounts | A | Interest | L | T | | | | | |
| 20. Family Member Estate (see Part VIII, fn*) (H): | | | | | | | | | |
| 21. - AT&T common stock | A | Dividend | | | Redeemed | 10/10/18 | J | C | |
| 22. - Fifth Third Bank / State of Ill. held deposit accounts | | None | K | W | | | | | |
| 23. -Beverly Bank Estate Account (X) | A | Interest | J | T | Open | 11/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Thomas M. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FN * Re Part VII ("Investments and Trusts") lines 20 through 23 (entries for "Estate"):

This is the estate of a deceased family member. The estate is in the process of closing and is attempting to locate, identify and recover any assets to which it may have a claim. The estate has been informed that the deposit accounts(s) to which it may have a claim (the "Fifth Third Bank deposit account(s)") may have been turned over to the State of Illinois by the bank. The estate is attempting to identify and recover any recoverable funds attributable to this/these account(s). The value reported on line 22 represents the estate's best estimate of the possible value of the account(s) based on scattered and imcomplete information and does not represent their actual value, if any. The estate is not aware of any related interest earned in 2018.

The estate also is attempting to ascertain the deceased's possible holdings, if any, in common stock of the former NYNEX Corp, US West Corp, Bell South Corp./ AT&T and SBC Corp. At this time, the estate is not aware whether in 2018 or thereafter it held/holds any interest in shares of such stock or interest in other stock other than the common stock identified.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Lynch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544